1  GREGORY C. SIMONIAN, ESQ.  BAR#: 131162
   G. MARTIN VELEZ, ESQ.  BAR#: 168315
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  15 Southgate Avenue, Suite 200
   Daly City, CA  94015
4  (650) 758-1199  (650) 758-2299 FAX

5  Attorneys for Plaintiff
   BROOKE WASHINGTON, AN INCOMPETENT,
6  BY KIM WASHINGTON, HER GUARDIAN AD
   LITEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE WASHINGTON, an incompetent, BY KIM WASHINGTON, HER GUARDIAN AD LITEM,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, GALILEO HIGH SCHOOL, PAUL ROBERTSON in his capacity as Dean for Galileo High School and individually,  MATTHEW MOORE, in his capacity as Galileo High School employee, LORETTA CALENDAR, in her capacity as Galileo High School employee, and individually, ANDREW BYNUM, in his capacity as Galileo High School student and employee, and DOES 1 - 10,<br><br>Defendants. | CASE NO.:  C 05-01160 SBA<br><br>STIPULATION AND ORDER |

**Stipulation**

Plaintiff Brooke Washington, through her attorneys of record, Gregory C. Simonian, Esq., of Clapp, Moroney, Bellagamba and Vucinich, and defendants San Francisco Unified School District, Paul Robertson, Matthew Moore, and Loretta Calendar (hereinafter collectively referred to as Defendants), through their attorneys of record, Ellen Shapiro, Esq., Deputy City Attorney and Dennis

**STIPULATION AND PROPOSED ORDER**

J. Herrera, Esq., City Attorney, hereby stipulate as follows:

1. Plaintiff agrees to dismiss with prejudice the Eighth Cause Of Action (42 U.S.C. § 1983 - Denial of Liberty Interest) in the First Amended Complaint;

2. Plaintiff agrees to dismiss with prejudice the Ninth Cause Of Action (Violation of Title II of the Americans With Disabilities Act, 42 U.S.C. § 12131 et seq.) in the First Amended Complaint;

3. Plaintiff agrees to dismiss with prejudice the Tenth Cause Of Action (Violation of Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq.) in the First Amended Complaint;

4. Each party agrees to bear their costs and attorney fees associated with the Eighth, Ninth, and Tenth Causes of Action in the First Amended Complaint;

5. Defendants agree to waive any claims of malicious prosecution and abuse of process against plaintiff related to the Eighth, Ninth, and Tenth Causes of Action in the First Amended Complaint;

6. Defendants agree not to assert any statute of limitations defense that did not exist before the filing of the original complaint for damages in the Superior Court of California, County of San Francisco on December 23, 2004.

\\\
\\\
\\\

7.      The parties agree that after the dismissal with prejudice of the Eighth, Ninth, and Tenth Causes of Action in the First Amended Complaint, the district court may remand the First Amended Complaint to the Superior Court of California, County of San Francisco. The parties agree that they retain their right to request a jury trial of the remaining causes of action upon this matter being remanded to state court.

IT IS SO STIPULATED.

Dated: _____, 2005         Clapp, Moroney, Bellagamba and Vucinich

                                        _____
                                        Gregory C. Simonian
                                        G. Martin Velez
                                        Attorneys For Brooke Washington

Dated: _____, 2005         Dennis J. Herrera, City Attorney

                                        _____
                                        Ellen Shapiro, Deputy City Attorney, for defendants San Francisco Unified School District, Paul Robertson, Matthew Moore, and Loretta Calendar

**Order**

The parties having stipulated, the Court hereby orders that the Eighth, Ninth, and Tenth Causes of Action in the First Amended Complaint are dismissed with prejudice, with each party to bear their respective fees and costs associated with these causes of action. This Court declines to exercise supplemental jurisdiction of the remaining state claims and remands this action to the Superior Court of California, County of San Francisco.

IT IS SO ORDERED.

Dated: October 5, 2005

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge